MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
STEVEN J. SALTIEL (SBN 202292)
RAVEN M. NORRIS (SBN 232868)
Assistant United States Attorneys
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone: (415) 436-6970
Facsimile:  (415) 436-6748
steven.saltiel@usdoj.gov
raven.norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br>    v.<br>ANTHONY R. FRANZ,<br>           Defendant. | Case No.:  CR-96-40001 SBA<br><br>**ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $1,925.00, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: __3/1/13

_Saundra B Armstrong_
SAUNDRA B. ARMSTRONG
United States District Judge